FILED

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

03 APR 23  AM 7:10

**NATIONAL ASSOCIATION OF**
**PROFESSIONAL ALLSTATE AGENTS,**

Plaintiff,

-vs-                                                    Case No. 8:01-cv-2137-T-24MSS

**ALLSTATE INSURANCE COMPANY,**

Defendant.

_____

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered for the defendant.


Date:  April 23, 2003

SHERYL L. LOESCH, CLERK

By: _____
J. Hueting, Deputy Clerk


Copies furnished to:

Counsel of Record
Unrepresented Parties

Date Printed: 04/23/2003

Notice sent to:

    \_\_\_  James E. Felman, Esq.
         Kynes, Markman & Felman, P.A.
         P.O. Box 3396
         Tampa, FL  33601-3396

    \_\_\_  Dirk A. Beamer, Esq.
         Wright Penning, P.C.
         27655 Middlebelt Rd., Suite 170
         Farmington Hills, MI  48334

    \_\_\_  Kevin A.S. Fanning, Esq.
         Wright Penning, P.C.
         27655 Middlebelt Rd., Suite 170
         Farmington Hills, MI  48334

    \_\_\_  Lori J. Caldwell, Esq.
         Rumberger, Kirk & Caldwell, P.A.
         201 S. Orange Ave., Suite 300
         P.O. Box 1873
         Orlando, FL  32802-1873

    \_\_\_  Joel M. Cohn, Esq.
         Akin, Gump, Strauss, Hauer & Feld
         1333 New Hampshire Ave., N.W., Suite 400
         Washington, DC  20036-1511

    \_\_\_  Robert G. Lian Jr., Esq.
         Akin, Gump, Strauss, Hauer & Feld
         1333 New Hampshire Ave., N.W., Suite 400
         Washington, DC  20036-1511

    \_\_\_  W. Randolph Teslik, Esq.
         Akin, Gump, Strauss, Hauer & Feld
         1333 New Hampshire Ave., N.W., Suite 400
         Washington, DC  20036-1511

    \_\_\_  Jeffrey P. Diamond, Esq.
         Rumberger, Kirk & Caldwell, P.A.
         100 N. Tampa St., Suite 2000
         P.O. Box 3390
         Tampa, FL  33601-3390